**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREGORY ALAN NELSON                             Chapter 13
LISA B NELSON

                Debtor                    Bankruptcy No. 17-14842-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____        10-18-17
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-


Debtor:
GREGORY ALAN NELSON
LISA B NELSON
1298 EAST KINGS HIGHWAY

COATESVILLE, PA `19320